

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Frank Mendicino, as Guardian for Janet Church, An Incapacitated Person, | § | No. 08-20-00047-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | County Court at Law No. 4 |
| v. | § | of Williamson County, Texas |
| Family Eldercare, | § | (TC# 18-0190-CP4) |
| Appellee. | § | |
| | § | |

## O R D E R

Appellant asserts that he is entitled to proceed without paying costs based on a previous trial court finding that he was indigent. The court reporter, Tom McMinn, filed a challenge to Appellant's Statement of Inability to Afford Payment of Court Costs. We conclude that it is necessary for the trial court to conduct a hearing as contemplated by Rule 145. It is therefore ordered that the trial court conduct a hearing to determine whether Appellant is able to afford to pay for the reporter's record. The hearing should be conducted as soon as practicable, but Appellant must be given ten days' notice of the hearing. *See* TEX.R.CIV.P. 145.

The trial court must issue an order which complies with TEX.R.CIV.P. 145(f)(6). In the event that the trial court finds that Appellant can afford to pay costs, Appellant can challenge that ruling by motion filed in this Court pursuant to TEX.R.APP.P. 145(g) no later than ten days after the order is signed. The trial court shall forward its order to the County Clerk of Williamson

1

County, Texas as soon as practicable after the hearing, but no later than three days after the order is signed. The County Clerk shall prepare and forward a supplemental clerk's record containing the order to this Court as soon as possible, but no later than five days after the trial court files the order.  It will not be necessary for the court reporter to file a record of the hearing unless the trial court rules that Appellant is able to afford to pay for the reporter's record.  All appellate deadlines shall be suspended pending resolution of these issues.  The Court will issue an order reestablishing the appellate deadlines.

IT IS SO ORDERED this 20th day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.